UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARK RIDENOUR, | ) Case No. 1:21cv1258 |
| | ) |
| | ) Judge J. Philip Calabrese |
| Plaintiff | ) |
| | ) Magistrate Judge David A. Ruiz |
| v. | ) |
| | ) |
| ED SHELAVI FOOD SYSTEMS, INC. | ) |
| Defendant | |

## JUDGMENT

The Court filed its Opinion and Order in this matter. Accordingly, the Court dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated: December 6, 2021

J. Philip Calabrese United
States District Judge
Northern District of Ohio